CO-386-online
10/03

# United States District Court
# For the District of Columbia

Teva Pharmaceutical Industries Ltd. )
Teva Neuroscience, Inc. )
)
)
               Plaintiff )    Civil Action No._____
VS )
)
Kathleen Sebelius, in her official capacity as Secretary of )
Health and Human Services; Margaret Hamburg, MD., in her )
official capacity as Commissioner of Food and Drugs; U.S. )
Food and Drug Administration )
               Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Teva Pharmaceutical Industries Ltd. and Teva Neuroscience, Inc.__ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of __Teva Pharmaceutical Industries Ltd. and Teva Neuroscience, Inc.__ which have

any outstanding securities in the hands of the public:

Teva Pharmaceutical Industries Ltd.

These representations are made in order that judges of this court may determine the need for recusal.

                                                         Attorney of Record

                                                         _/s/_____
                                                         Signature

D.D.C. 495078                                 Michael D. Shumsky
BAR IDENTIFICATION NO.                 Print Name

                                                         655 Fifteenth Street N.W., Suite 1200
                                                         Address

                                                         Washington    DC          20005
                                                         City               State            Zip Code

                                                         (202) 879-5000
                                                         Phone Number