UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TEVA PHARMACEUTICAL INDUSTRIES LTD.,**<br><br>**TEVA NEUROSCIENCE, INC.**<br><br>Plaintiffs,<br><br>v.<br><br>**KATHLEEN SEBELIUS,**<br>Secretary of Health and Human Services<br><br>**MARGARET A. HAMBURG, M.D.,**<br>Commissioner of Food and Drugs, and<br><br>**UNITED STATES FOOD AND DRUG ADMINISTRATION,**<br><br>Defendants,<br><br>**MYLAN PHARMACEUTICALS INC.,**<br><br>Proposed Intervenor-Defendant. | Civil Action No. 1:14-CV-00786-ESH |

**INTERVENOR-DEFENDANT'S LCvR 7.1 DISCLOSURE STATEMENT**

I, the undersigned counsel of record for intervenor-defendant Mylan Pharmaceuticals Inc., certify pursuant to LCvR 7.1 that to the best of my knowledge and belief, the following are parent companies, subsidiaries, or affiliates of defendants which have any outstanding securities in the hands of the public:

Mylan Inc.

These representations are made in the order that judges of this court may determine the need for recusal.

-2-

Dated: May 9, 2014                                  Respectfully Submitted,

                                CRAVATH, SWAINE & MOORE LLP,

                by
                               /s/ Richard J. Stark
                        Evan R. Chesler (USDC Bar No. CO0011)
                        Richard J. Stark (USDC Bar No. MI0010)
                            Members of the Firm

                      Attorneys for Proposed Intervenor-Defendant
                         Worldwide Plaza
                           825 Eighth Avenue
                            New York, NY 10019
                               Tel.:  (212) 474-1000
                               Fax:   (212) 474-3700
                                  echesler@cravath.com
                                  rstark@cravath.com


                      Torsten M. Kracht (D.C. Bar No.501905)
                      Sheldon T. Bradshaw (D.C. Bar No. 461425)
                          HUNTON & WILLIAMS LLP
                           2200 Pennsylvania Avenue, NW
                             Washington, DC 20037
                               Tel.:  (202) 955-1500
                               Fax:  (202) 778-2201
                                  tkracht@hunton.com
                                  sbradshaw@hunton.com

                    Shannon M. Bloodworth
                    (D.C. Bar No. 474925)
                        PERKINS COIE LLP
                           700 13th Street, N.W., Suite 600
                             Washington, D.C.  20005
                               Tel:  (202) 654-6200
                               Fax:  (202) 654-9135
                                  sbloodworth@perkinscoie.com

**CERTIFICATE OF SERVICE**

The undersigned certifies, under the penalty of perjury, that on this 9th day of May, 2014, a copy of the foregoing document was filed electronically using the U.S. District Court for the District of Columbia's Official Court Electronic Document Filing System, which will send Notice of Electronic Filing of such filing to:

Michael D. Shumsky
Jay P. Lefkowitz, P.C.
John C. O'Quinn
John K. Crisham
Stephen S. Schwartz
KIRKLAND & ELLIS LLP
655 15th Street N.W., Suite 1200
Washington, D.C. 20005
(202) 879-5000
(202) 879-5200 fax

*Counsel for Plaintiffs Teva Pharmaceutical Industries, Ltd. and Teva Neuroscience, Inc.*


Cindy J. Cho
Andrew E. Clark
United States Department of Justice
Consumer Protection Branch
P.O. Box 386
Washington, D.C. 20044
(202) 307-0067
(202) 514-8742 fax

*Counsel for Defendants Kathleen Sebelius, Margaret A. Hamburg and United States Food and Drug Administration*


/s/ Richard J. Stark