## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TEVA PHARMACEUTICAL INDUSTRIES LTD., et. al, <br><br> Plaintiffs, <br><br> **v.** <br><br> KATHLEEN SEBELIUS, <br> Secretary of Health and Human Services <br><br> MARGARET A. HAMBURG, M.D., <br> Commissioner of Food and Drugs, and <br><br> UNITED STATES FOOD AND DRUG ADMINISTRATION, <br><br> Defendants, <br><br> MYLAN PHARMACEUTICALS INC., <br><br> Intervenor-Defendants, <br><br> and <br><br> SANDOZ INC. and <br> MOMENTA PHARMACEUTICALS, INC., <br><br> Proposed Intervenor-Defendants. | Case No.  1:14-CV-00786-ESH <br><br> Judge Huvelle |

### CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES
### OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

I, the undersigned counsel of record for Sandoz Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, or affiliates of Sandoz Inc. which have any outstanding securities in the hands of the public.

Novartis AG is the ultimate parent company of Sandoz Inc. and is the only company directly or indirectly affiliated with Sandoz Inc. that has outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Dated: May 11, 2014

                                                        s/Philip J. Perry
Philip J. Perry (DC Bar No. 434278)
John R. Manthei (DC Bar No. 447123)
Andrew D. Prins (DC Bar No. 998490)
LATHAM & WATKINS LLP
555 11th Street NW, Suite 1000
Washington, DC 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
Email: philip.perry@lw.com

*Attorneys for Proposed Intervenor-Defendants Sandoz Inc. and Momenta Pharmaceuticals Inc.*