AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Teva Pharmaceutical Industries Ltd., et al. <br> *Plaintiff* <br> v. <br> Kathleen Sebelius, et. al. <br> *Defendant* | ) ) ) ) ) ) | Case No.  1:14-cv-00786 (ESH) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Sandoz, Inc. and Momenta Pharmaceuticals, Inc.

Date: May 13, 2014

s/John R. Manthei
*Attorney's signature*

John R. Manthei (DC Bar No. 447123)
*Printed name and bar number*

Latham & Watkins, LLP
555 Eleventh St, NW Suite 1000
Washington, DC 20004
*Address*

john.manthei@lw.com
*E-mail address*

(202) 637-2200
*Telephone number*

(202) 627-2201
*FAX number*