# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| TEVA PHARMACEUTICAL INDUSTRIES, LTD., *et al.* | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 14-0786 (ESH) |
| KATHLEEN SEBELIUS, *et al.* | ) ) ) | |
| Defendants, | ) ) | |
| MYLAN PHARMACEUTICALS INC. | ) ) ) | |
| Defendant-Intervenor, | ) ) | |
| SANDOZ INC., *et al.* | ) ) ) | |
| Defendant-Intervenors. | ) ) | |

## ORDER

On May 14, 2014, the Court held a hearing on plaintiffs' motion for a preliminary injunction and the government-defendants' motion to dismiss. For the reasons stated at the hearing, the Court concludes that the case is not ripe and therefore the Court lacks jurisdiction. *See Pfizer Inc. v. Shalala*, 182 F.3d 975 (D.C. Cir. 1999). Accordingly, it is hereby

**ORDERED** that the government-defendants' motion to dismiss [Dkt. No. 28] is **GRANTED** on ripeness grounds; it is further

**ORDERED** that plaintiffs' motion for a preliminary injunction [Dkt. No. 4] is **DENIED AS MOOT**; it is further

1

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED.**

                                                                     /s/
                                         ELLEN SEGAL HUVELLE
                                         United States District Judge

DATE: May 14, 2014